*NCMB Chapter 13 Plan (1/1/20)*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1: | Sandra | Jean | Murdock | |
| | First Name | Middle Name | Last Name | |
| Debtor 2: | Sandra | Jean | Murdock | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

Case Number:
(If known)

SSN# Debtor 1: XXX-XX-    **xxx-xx-9688**

SSN# Debtor 2: XXX-XX-

☐ Check if this is an amended plan, and list below the sections of the plan that have changed.

# CHAPTER 13 PLAN

**Section 1:** Notices.

To Debtors: This form sets out options that may be appropriate in some cases, but the presence of an option on this form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with Local Rules and judicial rulings may not be confirmable. *You must check each box that applies in § 1.1 and 1.3 below. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim, set out in Section 4, which may result in a partial payment or no payment at all to the secured creditor. | ☑ Included | ☐ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest will be done by separate motion or adversary proceeding. | | ☑ Not Included |
| 1.3 | Nonstandard provisions set out in Section 9 | ☐ Included | ☑ Not Included |

To Creditors: Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You will need to file a proof of claim in order to be paid under any plan. Official notice will be sent to Creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and information regarding the filing of proofs of claim.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least seven days before the date set for the hearing on confirmation. You will receive notification from the Bankruptcy Court of the date set for the hearing on confirmation. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

**Section 2:** Payments.

2.1 Plan length. The applicable commitment period is:
   ☑ 36 Months

   ☐ 60 Months

2.2 Payments. The Debtor will make payments to the Trustee as follows:

   **$1,232.00** per **Month** for **60** month(s)

   Additional payments    **NONE**

The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed. If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to pay creditors as specified in this plan.

2.3   Liquidation value.

  a. ☑ The amount that allowed priority and non-priority unsecured claims would receive if assets were liquidated in a Chapter 7 case, after allowable exemptions, is estimated to be $__**0.00**__.

  b. ☐ Classes of unsecured claims are established, if necessary, based on liquidation value requirements as follows:

    Class _____ - Allowed unsecured claims of _____ with a liquidation value requirement of $_____.

    Class _____ - Allowed unsecured claims of _____ with a liquidation value requirement of $_____.

    Class _____ - Allowed joint unsecured claims of _____ with a liquidation value requirement of $_____.

  c. ☐ Due to liquidation value requirements, interest at _____ per annum will be paid to allowed priority and non-priority unsecured claims as provided below:

    ☐ Interest to all allowed priority and non-priority unsecured claims.

    ☐ Interest to allowed priority and non-priority claims in Class _____.

**Section 3:**   Fees and Priority Claims.

3.1   Attorney fees.

  ☑ The Attorney for the Debtor will be paid the presumptive base fee of $__**4,500.00**__. The Attorney has received $__**0.00**__ from the Debtor pre-petition and the remainder of the fee will be paid monthly by the Trustee as funds are available.

  ☐ The Attorney for the Debtor will be paid a reduced fee of $_____. The Attorney has received $_____ from the Debtor pre-petition and the remainder of the fee will be paid monthly by the Trustee as funds are available.

  ☐ The Attorney for the Debtor will file an application for approval of a fee in lieu of the base fee.

3.2   Trustee costs. The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses.

3.3   Priority Domestic Support Obligations ("DSO").

  a. ☑ None. If none is checked, the rest of Section 3.3 need not be completed or reproduced.

3.4   Other priority claims to be paid by Trustee.

  a. ☐ None. If none is checked, the rest of Section 3.4 need not be completed or reproduced.

  b. ☑ To Be Paid by Trustee

| Creditor | Estimated Priority Claim |
|---|---|
| **Hoke County Tax Department** | $0.00 |
| **Internal Revenue Service** | $0.00 |
| **NC Department of Revenue** | $0.00 |

**Section 4:**   Secured Claims.

4.1   Real Property – Claims secured solely by Debtor's principal residence.

  a. ☐ None. If none is checked, the rest of Section 4.1 need not be completed or reproduced.
  b. ☑ Maintenance of payments and cure of default.

Installment payments on the claims listed below will be maintained and any arrearage will be paid in full. Proofs of claim should reflect arrearage amounts through the petition date. For claims being paid by the Trustee, the Trustee will commence disbursements of installment payments the month after confirmation. Any filed arrearage claim will be adjusted to include post-petition installment payments through the month of confirmation.

Amounts stated on a filed proof of claim, and as adjusted to include post-petition payments through the month of confirmation, will control over any contrary amounts listed below for the installment payment and the arrearage. Additionally, the Trustee will adjust the installment payment in accordance with any Notice of Mortgage Payment Change filed under Bankruptcy Rule 3002.1.

The Trustee is authorized to pay any post-petition fee, expense, or charge for which notice is filed under Bankruptcy Rule 3002.1 if no objection is filed to such fee, expense, or charge.

| Creditor | Address of Residence | Current Y/N | Installment Payment | Estimated Arrearage Amount on Petition Date | If Current, Indicate by Debtor or Trustee |
|---|---|---|---|---|---|
| **Rushmore Loan Management Services** | 314 Doc Brown Road Raeford, NC 28376 Hoke County value is tax value | N | $712.33 | $5,152.39 | Trustee |

c. ☐ Claims to be paid in full by Trustee.

| Creditor | Address of Residence | Estimated Claim | Monthly Payment | Monthly Escrow Payment | Interest Rate |
|---|---|---|---|---|---|
| **-NONE-** | | | | | |

d. ☐ Request for valuation to treat claims as secured to the value of the property and any amount in excess as unsecured. *This will be effective only if the applicable box in Section 1.1. of this plan is checked.*

| Creditor | Address of Residence | Value of Residence | Amount of Claims Senior to Creditor's Claim | Amount of Secured Claim | Monthly Payment to Creditor | Interest Rate |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

4.2   Real Property – Claims secured by real property other than by Debtor's principal residence AND claims secured by Debtor's principal residence and additional collateral.

   a. ☑ None. If none is checked, the rest of Section 4.2 need not be completed or reproduced.

4.3   Personal property secured claims.

   a. ☐ None. If none is checked, the rest of Section 4.3 need not be completed and reproduced.

   b. ☑ Claims secured by personal property to be paid in full.

| Creditor | Collateral | Estimated Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|
| **J. Miller Properties** | 6 x 10 ft. Dog Kenel | $2,400.00 | $46.00 | 5.25% | | |

   c. ☐ Claims secured by personal property excluded from 11 U.S.C. § 506 being either (i) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for personal use of the Debtor, or (ii) incurred within one (1) year of the petition date and secured by a purchase money security interest in any other thing of value. The filed claim must include documentation to show exclusion from 11 U.S.C. § 506 in order to be paid in full.

| Creditor | Collateral | Estimated Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|
| **-NONE-** | | | | | | |

    d. ☑ Request for valuation to treat claims as secured to the value of the collateral and any amount in excess as unsecured. *This will be effective only if the applicable box in Section 1.1 of this plan is checked.*

| Creditor | Estimated Amount of Total Claim | Collateral | Value of Collateral | Amount of Claims Senior to Creditor's Claim | Amount of Secured Claim | Monthly Payment | Interest Rate | Adequate Protection Payment | Number of Adequate Protection Payments |
|---|---|---|---|---|---|---|---|---|---|
| **Bridgecrest Credit Company, LLC** | $17,500.00 | 2008 Jeep Grand Cherokee Laredo V6 | $6,772.50 | $0.00 | $6,772.50 | $140.00 | 5.25% | $75.00 | 5 |

    e. ☐ Maintenance of payments and cure of default.

Installment payments on the claims listed below will be maintained and any arrearage will be paid in full. Proofs of claim should reflect arrearage through the petition date. For claims being paid by the Trustee, the Trustee will commence disbursements of installment payments the month after confirmation and any filed arrearage claims will be adjusted accordingly. Amounts stated on a proof of claim as adjusted to include post-petition payments through the month of confirmation, will control over any contrary amounts listed below for the installment payment and the arrearage.

| Creditor | Collateral | Installment Payment | Estimated Arrearage Amount on Petition Date | Pre-Confirmation Adequate Protection Payments |
|---|---|---|---|---|
| **-NONE-** | | | | |

The Debtor requests that the Court determine the value of the secured claims listed as set forth in Sections 4.1.d, 4.2.d, and 4.3.d as applicable. For each non-governmental secured claim listed above, the Debtor states that the value of the secured claim should be set out in the column headed *Amount of Secured Claim*. For secured claims of governmental units only, unless otherwise ordered by the Court, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed above. For each listed claim, the value of the secured claim will be paid in full with interest at the rate stated above.

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Section 6 of this plan. If the amount of a creditor's secured claim is listed above as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Section 6 of this plan. Unless otherwise ordered by the Court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in Section 4.

The holder of any claim listed in Section 4 as having value in the column headed *Amount of Secured Claim* will retain the lien on the property interest of the Debtor or the estate until the earlier of:

    (a) payment of the underlying debt determined under non-bankruptcy law, or

    (b) discharge of the underlying debt under 11 U.S.C. § 1328, at which time the lien will terminate and be released by the creditor.

**Section 5:** Collateral to be Surrendered.

    a. ☑ None. If none is checked, the rest of Section 5 need not be completed or reproduced.

**Section 6:** Nonpriority Unsecured Claims.

6.1 Nonpriority unsecured claims not separately classified.

Allowed nonpriority unsecured claims will be paid pro rata with payments to commence after priority unsecured claims are paid in full. There is no requirement for a distribution to nonpriority unsecured claims except as provided in Section 2.3 or 6.

    a. ☑ The minimum sum of  $___**0**__ will be paid pro rata to nonpriority unsecured claims due to the following:

☑ Disposable Income

☐ Other

b. ☐ Allowed non-priority unsecured claims will be paid in full with interest at ____% per annum due to all disposable income not being applied to the plan payment.

6.2 Separately classified nonpriority unsecured claims.

a. ☑ None. If none is checked, the rest of Section 6.2 need not be completed or reproduced.

**Section 7:** Executory Contracts and Unexpired Leases.

a. ☑ None. If none is checked, the rest of Section 7 need not be completed or reproduced.

**Section 8:** Local Standard Provisions.

8.1  a. The Trustee shall collect and disburse payments in accordance with the plan.
   b. Proofs of claim must be filed to receive disbursements pursuant to the plan. Any claim to be paid as secured must contain evidence of a properly perfected lien on property of the estate. If a claim is listed as secured and the creditor files an unsecured claim, the claim will be treated as unsecured.
   c. Any creditor holding an allowed secured claim and to whom the Debtor is surrendering property under the order confirming plan is granted relief from the automatic stay as to the property and relief from any co-debtor stay so the creditor may obtain possession and liquidate the property. Any net proceeds, after payment of liens and costs of liquidation, are to be forwarded to the Trustee.
   d. All payments being made by the Trustee on any claim secured by real or personal property shall terminate upon the lifting of the automatic stay with respect to the affected property.
   e. Notwithstanding the allowance of a claim as secured, all rights under Title 11 to avoid liens or transfers are reserved and confirmation of the plan is without res judicata effect as to any action to avoid a lien or transfer.
   f. Notwithstanding 11 U.S.C. § 1327(b), all property of the estate as specified by 11 U.S.C. §§ 541 and 1306 shall continue to be property of the estate following confirmation until the earlier of discharge, dismissal, or conversion of the case.
   g. Confirmation of the plan shall not prejudice the right of the Debtor or Trustee to object to any claim.
   h. The Debtor must promptly report to the Trustee and must amend the petition schedules to reflect any significant increases in income and any substantial acquisitions of property such as inheritance, gift of real or personal property, or lottery winnings.

8.2 THE FOLLOWING ADDITIONAL PROVISIONS ARE APPLICABLE TO THE HOLDER OR SERVICER ("HOLDER") OF A CLAIM SECURED BY A DEED OF TRUST, A MORTGAGE OR SECURITY INTEREST IN REAL PROPERTY, OR A MOBILE HOME THAT IS THE DEBTOR'S PRINCIPAL RESIDENCE:

   a. The Holder, upon confirmation, is precluded from imposing late charges or other default related fees based solely on pre-confirmation default.

   b. If the Trustee is disbursing ongoing monthly installment payments, the Holder must apply each ongoing payment to the month in which the payment is designated.

   c. For any loan with an escrow account, the Holder must prepare and must send an escrow analysis annually to the Debtor, the Trustee and the Debtor's attorney. The first escrow analysis must be filed with the proof of claim in accordance with Bankruptcy Rule 3002.1. The escrow analysis should not include any amounts that were included or should have been included in the arrearage claim.

   d. The Holder shall continue to send monthly statements to the Debtor in the same manner as existed pre-petition and such statements will not be deemed a violation of the automatic stay.

   e. The Holder is required, upon request, to provide account information to the Trustee within 21 days of the request and failure to provide a timely response may result in an order requiring the Holder to appear and show cause as to why Holder should not be sanctioned for failure to comply.

   f. Nothing herein shall modify Holder's responsibilities under Bankruptcy Rule 3002.1.

g. Unless the Court orders otherwise, an order granting a discharge in the case shall be a determination that all pre-petition and post-petition defaults have been cured and the account is current and reinstated on the original payment schedule under the note and security agreement as if no default had ever occurred.

h. PENALTY FOR FAILURE OF HOLDER TO COMPLY WITH THE REQUIREMENTS OUTLINED IN BANKRUPTCY RULE 3002.1. Without limitation to the Court's authority to afford other relief, any willful failure of the Holder to credit payments in the manner required by Bankruptcy Rule 3002.1 or any act by the creditor following the entry of discharge to charge or collect any amount incurred or assessed prior to the filing of the Chapter 13 Petition or during the pendency of the Chapter 13 case that was not authorized by the order confirming plan or approved by the Court after proper notice, may be found by the Court to constitute contempt of Court and to be a violation of 11 U.S.C. § 524(i) and the injunction under 11 U.S.C. § 524(a)(2).

**Section 9:    Nonstandard Plan Provisions.**

a. ☑ None. If none is checked, the rest of Section 9 need not be completed or reproduced.

By filing this document, the Debtor(s), if not represented by an Attorney, or the Attorney for Debtor(s) certify(ies) that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in NCMB Chapter 13 Plan, other than any nonstandard provisions included in Section 9.

Signature(s):

*If the Debtor(s) do not have an Attorney, the Debtor(s) must sign below; otherwise the Debtor(s) signatures are optional. The Attorney for the Debtor(s), if any, must sign below.*

X  **/s/ Sandra Jean Murdock**
   **Sandra Jean Murdock**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Executed on  **July 8, 2021**
             mm/dd/yyyy

Executed on  _____
             mm/dd/yyyy

**/s/ Brandi L. Richardson**
**Brandi L. Richardson 38699**
Signature of Attorney for Debtor(s)

Date:  **July 8, 2021**

Address:       **PO Box 840**
               **Reidsville, NC 27323**
Telephone:     **336-348-1241**
State Bar No:  **38699 NC**

UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

In re:  **Sandra Jean Murdock**           )   Case No.
                                           )
       **314 Doc Brown Road**              )
              (address)                    )
       **Raeford NC 28376-0000**           )   CHAPTER 13 PLAN
SS# XXX-XX- **xxx-xx-9688**                )
SS# XXX-XX- _____                       )
                                           )
              Debtor(s)                    )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the plan was served by first class mail, postage prepaid , to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

Account Resolution Services
1643 North Harrison Parkway, Building H
Suite 100
Fort Lauderdale, FL 33323

Adam R. Wilk
Legum & Wilk PLLC
10615 Judicial Drive, #303
Fairfax, VA 22030

Advanced Radiology PA
PO Box 64580
Bel Air, MD 21014

Akron Billing Center
3585 Ridge Park Drive
Akron, OH 44333

Alexandria Vaneck Co. LPA
5640 Southwyck Blvd, Suite 101
Toledo, OH 43614

Alliant Capital Management- HDH
c/o Weinstein & Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

Allstate Insurance
PO Box 12055
Roanoke, VA 24018

Amcol Systems
PO Box 21625
Columbia, SC 29221

AmerAssist AR Solutions
1105 Schrock Road, Suite 502
Columbus, OH 43229

American Education Services
PO Box 2461
Harrisburg, PA 17105

American InfoSource
PO Box 248838
Oklahoma City, OK 73124

American Medical Collection Agency
4 Westchester Plaza, Building 4
Elmsford, NY 10523

Amerifinancial Solutions
PO Box 602570
Charlotte, NC 28260

AR Resources Inc.
3107 Spring Glen Rd. Suite 21
Jacksonville, FL 32207

Attorney General of the United States
US Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Baltimore City DHCD
Rehabilitation Service
417 E. Fayette Street, 14th Floor
Baltimore, MD 21202

Baltimore Gas & Electric Co.
PO Box 1475
Baltimore, MD 21201

BGE
PO Box 1475
Baltimore, MD 21203

BGE Home Products & Services
PO Box 43720
Baltimore, MD 21236

Bloom & Associates
PO Box 42826
Baltimore, MD 21284

Bridgecrest Credit Company, LLC
Attn: Officer/Managing Agent
7300 E. Hampton Avenue, Suite 101
Mesa, AZ 85209-3324

Bridgecrest Credit Company, LLC
PO Box 29018
Phoenix, AZ 85038

Business Revenue Systems
2419 Spy Run Avenue
Fort Wayne, IN 46805

BWW Law Group
6003 Executive Blvd., Suite 101
Baltimore, MD 21213

Caliber Home Loans
PO Box 24610
Oklahoma City, OK 73124

Cape fear Orthopaedic Center
4140 Fern Creek Drive, Suite 801
Fayetteville, NC 28314

Capital One
PO Box 30285
Salt Lake City, UT 84130

Caton Emergency Physicians
900 Caton Avenue
Baltimore, MD 21229

Caton Emergency Physicians
PO Box 7937
Philadelphia, PA 19101

Celtic Bank Corp.
268 S. State Street, Suite 300
Salt Lake City, UT 84111

**Central Maryland Cardiology**
**PO Box 43130**
**Nottingham, MD 21236**

**CEP America LLC**
**900 S. Caton Avenue**
**Baltimore, MD 21229**

**Chase Receivables**
**755 Baywood Drive, Suite 208**
**Petaluma, CA 94954**

**Chesapeake Cardiovascular**
**PO Box 417232**
**Boston, MA 02241**

**Chesapeake Urology Associates**
**25 Crossroads Drive, Suite 306**
**Owings Mills, MD 21117**

**City of Baltimore Public Works**
**200 Holiday Street, #404**
**Baltimore, MD 21202**

**CNAC of Glen Burnie**
**10 8th Avenue NW**
**Glen Burnie, MD 21061**

**Comcast Cable**
**One Comcast Center**
**Philadelphia, PA 19103**

**Convergent Outsourcing, Inc.**
**PO Box 9004**
**Renton, WA 98057**

**Credit Acceptance**
**Attn: Officer/Managing Agent**
**25505 W. 12 Mile Road**
**Southfield, MI 48034-1846**

**Credit Bureau of Greensboro**
**PO Box 26140**
**Greensboro, NC 27402**

**Credit Collection Service**
**Two Wells Avenue**
**Newton Center, MA 02459**

**Credit Management, LP**
**4200 International Parkway**
**Carrollton, TX 75007**

**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193**

**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193**

**D and J Sales Company LLC**
**301 Saint Paul Street**
**Baltimore, MD 21202**

**Distict Court of MD for Baltimore City**
**501 E. Fayette Street**
**Baltimore, MD 21202**

**Downtown Baltimore Surgery Center**
**8 W. West Street**
**Baltimore, MD 21230**

**Drs. Schrieber & Kelsey, LLC**
**301 Saint Paul Place**
**Mcauley Tower, Suite 500**
**Baltimore, MD 21202**

**ECMC**
**PO Box 75906**
**Saint Paul, MN 55175**

**ECMC**
**PO Box 16408**
**Saint Paul, MN 55116**

**Emergency Physician Assoc. MD**
**PO Box 1109**
**Minneapolis, MN 55440**

**Emergency Physician Assoc. of MD**
**5601 Loch Raven Blvd.**
**Baltimore, MD 21239**

**EOS CCA**
**700 Longwater Drive**
**Norwell, MA 02061**

**Expresscare of Bel Air**
**1505 E. Churchville Road**
**Bel Air, MD 21014**

**Farmers Insurance**
**406 Eastern Blvd.**
**Essex, MD 21221**

**Fedloan Servicing**
**PO Box 69184**
**Harrisburg, PA 17106**

**First Guaranty Mortgage Corporation**
**Rushmore Loan Management Services**
**PO Box 55004**
**Irvine, CA 92619**

**First Health of the Carolinas**
**PO Box 3000**
**Pinehurst, NC 28374**

**First Health Surgical Specialists**
**921 S. Long Drive**
**Rockingham, NC 28379**

**First Premier Bank**
**3820 N. Louise Avenue**
**Sioux Falls, SD 57107-0145**

**FirstPoint Collection Resources, Inc.**
**PO Box 26140**
**Greensboro, NC 27402-6140**

**Good Samaritan Hospital**
**PO Box 631152**
**Baltimore, MD 21263**

**Good Samaritan Radiology & Pathology**
**PO Box 986**
**Baltimore, MD 21263**

**GSH Professional Services**
**PO Box 418249**
**Boston, MA 02241**

**Harbor Hospital**
**3001 S. Hanover Street**
**Johnston Prof. Bldg, Suite 300**
**Brooklyn, MD 21225**

**Harris & Harris Ltd.**
**111 West Jackson Blvd, Suite 400**
**Chicago, IL 60604**

**Healthcare Revenue Recovery Group**
**PO Box 459080**

**Hoke County Tax Department**
**PO Box 217**
**Raeford, NC 28376**

**Huntington Debt Holdings**
**1965 Sheridan Drive**
**Buffalo, NY 14223**

**Hutchens Law Firm**
**PO Box 2505**
**Fayetteville, NC 28302**

**IC Systems Collections**
**PO Box 64378**
**Saint Paul, MN 55164**

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

**J. Miller Properties**
PO Box 111561
Memphis, TN 38111

**J. Miller Properties, LLC**
c/o Hagwood and Tipton, P.C.
PO Box 726
Paris, TN 38242

**Jefferson Capital Systems LLC**
PO Box 7999
Saint Cloud, MN 56302-4617

**Johns Hopkins Bayview Medical**
4940 Eastern Avenue
Baltimore, MD 21224

**Johns Hopkins Community Physicians**
Clare Brennen
3910 Keswick Road, Suite 3300
Baltimore, MD 21211

**Johns Hopkins Health System**
PO Box 417714
Boston, MA 02241

**Johns Hopkins Medicine**
251 Bayview Blvd.
Baltimore, MD 21224

**Johns Hopkins Pharmaquip**
PO Box 118479
Boston, MA 02241

**Johns Hopkins University**
Clinical Practice Association
PO Box 64896
Baltimore, MD 21264

**LabCorp**
PO Box 2240
Burlington, NC 27216

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Mayor and City Council of Baltimore**
Department of Finance
Abel Wolman Bldg, 200 Holiday Street
Baltimore, MD 21202

**MB ROI**
85 Prescott Street, Suite 402
Worcester, MA 01605

**MECU**
1 South Street
Baltimore, MD 21202

**Medicredit Corp.**
PO Box 1629
Maryland Heights, MO 63043

**Medstar Gastroenterology Services**
5601 Loch Raven Blvd.
Smyth Bldg, Suite 208
Baltimore, MD 21239

**Medstar Orthopaedics**
PO Box 418829
Boston, MA 02241

**Medstar Physicians Group**
10980 Grantchester Way
Columbia, MD 21049

**Medstar Radiology & Pathology**
12 Medstar Boulevard
Bel Air, MD 21015

**Mercy Anesthesia Associates**
341 N. Calvert Street
Baltimore, MD 21202

**Mercy Health Services**
PO Box 3495
Toledo, OH 43607

**Mercy Medical Center**
822 Guilford Avenue, PMB 250
Baltimore, MD 21202

**Mercy Medical Center**
PO Box 64733
Baltimore, MD 21264

**Midland Funding LLC**
PO Box 2011
Warren, MI 48090

**Midland Funding, LLC**
Midland Credit Management, Agent
PO Box 2011
Warren, MI 48090

**Montgomery Ward**
3650 Milwaukee Street
Madison, WI 53714

**Municipal Employees Credit Union**
One South Street, 14th Floor
Baltimore, MD 21202

**N.C. Department of Justice**
Office of the Attorney General
PO Box 629
Raleigh, NC 27602-0629

**National Recovery**
PO Box 67015
Harrisburg, PA 17106

**Nationwide Credit Corporation**
PO Box 9156
Alexandria, VA 22304

**NC Attorney General**
9001 Mail Service Center
Raleigh, NC 27699-9001

**NC Department of Revenue**
Attn: Reginald S. Hinton, Process Agent
PO Box 25000
Raleigh, NC 27640

**NC Department of Revenue Bankruptcy Unit**
PO Box 1168
Raleigh, NC 27602

**NC Division of Employment Security**
PO Box 25903
Raleigh, NC 27611-5903

**Nelnet**
PO Box 82561
Lincoln, NE 68501

**North Calvert Anesthesia Serivces**
341 N. Calvert Street
Baltimore, MD 21202

**Patient First**
PO Box 758941
Baltimore, MD 21275

**Patient First Urgent Care**
4929 Campbell Blvd, Suite 125
Nottingham, MD 21236

**Penn Credit**
PO Box 988
Harrisburg, PA 17108

**Pinehurst Anesthesia**
35 Memorial Drive
Pinehurst, NC 28374

**Pinehurst Medical Clinic**
15 Regional Drive
Pinehurst, NC 28374

**Pinehurst Radiology**
30 Memorial Drive
Pinehurst, NC 28374

**Pinehurst Surgical Clinic, PA**
PO Box 2000
Pinehurst, NC 28374

**Podiatry Associates PA**
1 North Main Street
Bel Air, MD 21014

**Pro Co**
PO Box 2462
Aston, PA 19014

**Quest Diagnostics**
PO Box 740777
Cincinnati, OH 45274

**Quest Diagnostics**
PO Box 71303
Philadelphia, PA 19176

**RA Rogers, Inc.**
PO Box 3302
Crofton, MD 21114

**Raeford Eye Clinic**
404 South Main Street
Raeford, NC 28376

**Receivables Management**
7206 Hill Street, Suite 211
Richmond, VA 23235

**Receivables Management Systems**
PO Box 73810
North Chesterfield, VA 23235

**Receivables Outsourcing, Inc.**
PO Box 549
Lutherville Timonium, MD 21094

**Recovery Management Systems Corp**
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

**Rev-1 Solutions**
517 US Highway 31 N.
Greenwood, IN 46142

**RMCB, Inc.**
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

**Rushmore Loan Management Services**
PO Box 52708
Irvine, CA 92619

**Saint Agnes Healthcare**
900 Caton Avenue
Baltimore, MD 21229

**Sandhills Emergency Physicians**
PO Box 3000
Pinehurst, NC 28374

**Seterus Inc.**
**Attn: Bankruptcy Department**
**PO Box 2206**
**Grand Rapids, MI 49501-2206**

**Seton Medial Group**
**2801 Foster Avenue**
**Baltimore, MD 21224**

**Southwest Credit Systems, LP**
**4120 International Parkway, Suite 1100**
**Carrollton, TX 75007**

**St. Paul Place Specialists**
**315 N. Calvert Street Fl. 2**
**Baltimore, MD 21202**

**State Farm Fire & Casualty Company**
**12222 State Farm Blvd.**
**Tulsa, OK 74146**

**State Farm Fire & Casualty Company**
**Subrogee of Sharon Diggs**
**112 E. Washington Street, DTB 8**
**Bloomington, IL 61701**

**State Farm Fire & Casualty Company**
**c/o Rathbone Group, LLC**
**1100 Superior Avenue, E., Suite 1850**
**Cleveland, OH 44114**

**State Farm Insurance Co.**
**c/o Javitch Block & Rathbone**
**1100 Superior Ave, 19th Floor**
**Cleveland, OH 44114**

**State of Maryland**
**Division of Unemployment Insurance**
**PO Box 1931**
**Baltimore, MD 21203**

**State of Maryland Comptroller**
**60 West Street, Suite 102**
**Annapolis, MD 21401**

**Stoneberry**
**PO Box 2820**
**Monroe, WI 53566**

**Tea Olive, LLC**
**PO Box 1931**
**Burlingame, CA 94011**

**Tempoe, LLC**
**1750 Elm Street, #1200**
**Manchester, NH 03104**

**The Maryland Spine Center**
**PO Box 549**
**Lutherville Timonium, MD 21094**

**Transworld Systems Inc.**
**507 Prudential Road**
**Horsham, PA 19044**

**U.S. Bank Trust**
**13801 Wireless Way**
**Oklahoma City, OK 73134**

**US Asset Management**
**211 N. Whitfield Street**
**Pittsburgh, PA 15206**

**US Attorney- Middle District of NC**
**Attn: Civil Process Clerk**
**101 S. Edgeworth Street 4th Floor**
**Greensboro, NC 27401**

**Van Ru Credit Corporation**
**4839 N. Elston Avenue**
**Chicago, IL 60630**

**Verizon Wireless Bankruptcy Department**
**500 Technology Drive, Suite 550**
**Weldon Spring, MO 63304**

**Wakefield and Associates**
**PO Box 441590**
**Aurora, CO 80044**

**Wakefield and Associates**
**PO Box 50250**
**Knoxville, TN 37950**

**WebBank/Fingerhunt Advantage**
**PO Box 1250**
**Saint Cloud, MN 56395-1250**

**Zinder Anesthesia Associates**
**341 Leister Church Road**
**Westminster, MD 21157**

Date  **July 8, 2021**       /s/ Brandi L. Richardson
                              Brandi L. Richardson 38699